JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 26-2115 JGB (SPx)** | Date | July 14, 2026 |
| Title | ***Terri Logan v. Midland Credit Management, Inc.*** | | |

| | |
|---|---|
| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| MAYNOR GALVEZ | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: Order DISMISSING Plaintiff's Complaint (Dkt. No. 1) (IN CHAMBERS)**

On April 24, 2026, pro se Plaintiff Terri Logan ("Logan") filed a complaint against Defendant Midland Credit Management, Inc. ("Complaint," Dkt. No. 1.) The same day, Logan filed a request to proceed in forma pauperis. ("IFP Request," Dkt. No. 4.) On June 2, 2026, the Court found that Logan's IFP Request had not provided sufficient information for the Court to determine whether Logan may proceed in forma pauperis. (Dkt. No. 10.) The Court gave Logan 30 days to provide more information. As of the date of this order, Logan has failed to provide any additional information regarding Logan's financial circumstances. As a result, Logan's IFP Request is **DENIED** and the Complaint is **DISMISSED**. The Clerk is directed to close the case.

**IT IS SO ORDERED.**